MICHAEL A.M. LAUFFER, Chief Counsel (SBN 178485)
Barbara J. Leidigh, Staff Counsel IV (SBN 71636)
Office of Chief Counsel
State Water Resources Control Board
1001 I Street, 22nd Floor
Sacramento, California 95814
Telephone: 916-341-5190
Fax: 916-341-5199

Attorneys for the State Water Resources Control Board

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE WATER RESOURCES CONTROL ) <br> BOARD OF THE STATE OF CALIFORNIA; ) <br> TAM M. DODUC, in her official capacity as ) <br> Chair, State Water Resources Control Board; ) <br> GERALD DAVID SECUNDY, in his official ) <br> capacity as Vice Chair, State Water ) <br> Resources Control Board; ARTHUR G. ) <br> BAGGETT, JR., in his official capacity ) <br> as Board Member, State Water Resources ) <br> Control Board; CHARLES R. HOPPIN, ) <br> in his official capacity as Board Member, ) <br> State Water Resources Control Board; ) <br> GARY WOLFF, in his official capacity ) <br> as Board Member, State Water Resources ) <br> Control Board; and CELESTE CANTU, ) <br> in her official capacity as Executive Director, ) <br> State Water Resources Control Board, ) <br> ) <br> Defendants. ) <br> _____) | CIV. NO. 2:06-CV-01318-WBS-PAN (JKM) <br><br> STIPULATION AND <br> ORDER TO EXTEND TIME |

WHEREAS:

A. On June 15, 2006, Plaintiff filed a complaint in this Court; and

///

STIPULATION (AND PROPOSED    -1-
    ORDER) TO EXTEND TIME

PDF created with pdfFactory trial version www.pdffactory.com

B.  Plaintiff alleges that Defendants violated the law by adopting a Cease and Desist Order in Order WR 2006-0006; and

C.  Plaintiff and Defendants intend to discuss settlement; and

D.  Plaintiff does not object to the Defendants receiving an extension of time to respond to the complaint, and accordingly Plaintiff and Defendants request that the Court concur in the requested extension of time to September 13, 2006.

## **STIPULATION**

Therefore, Plaintiff and Defendants, through their respective counsel, with all due and necessary authority, hereby stipulate and agree as follows:

1. To the extent that an extension of time is necessary to avoid Plaintiff having grounds for claiming default, Defendants shall have until September 13, 2006 to answer or otherwise respond to Plaintiff's complaint.

2. This Stipulation to Extend Time shall not and cannot be used as a basis to assert the doctrines of waiver and/or estoppel and/or laches as a defense against any other party; provided, however, that nothing in this paragraph shall preclude Plaintiff or Defendants from asserting any and all defenses arising out of Plaintiff's or Defendant's acts or omissions.

3. The signing of this Stipulation to Extend Time is not and shall not be deemed to constitute evidence or an admission of liability for any claim or cause of action pled in the complaint.

4. The signing of this Stipulation to Extend Time is not and shall not be deemed to constitute a waiver of either the Plaintiff's or the Defendants' right to stipulate to a subsequent extension of time or to move this Court for an additional extension of time.

/ / /

/ / /

/ / /

STIPULATION (AND PROPOSED ORDER) TO EXTEND TIME                    -1-

PDF created with pdfFactory trial version www.pdffactory.com

5. This Stipulation to Extend Time may be executed on behalf of the Defendants and on behalf of the Plaintiff in counterparts through facsimiled signatures in counterpart originals, each of which shall be deemed to be an original, and all of which together shall be deemed to be one and the same instrument.

**IT IS SO STIPULATED.**

DATED:   August 3, 2006              UNITED STATES OF AMERICA
                                     SUE ELLEN WOOLDRIDGE
                                     Assistant Attorney General
                                     Environment and Natural Resources Division


                                     By _____
                                     /s/
                                         ANDREW J. DOYLE, Attorney
                                         United States Department of Justice


DATED:   August 3, 2006              STATE WATER RESOURCES
                                       CONTROL BOARD
                                     Office of the Chief Counsel



                                     By _____/s/
                                         BARBARA J. LEIDIGH, Staff Counsel IV


**IT IS SO ORDERED**.

DATED: August 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION (AND PROPOSED           -1-
   ORDER) TO EXTEND TIME

PDF created with pdfFactory trial version www.pdffactory.com