1  MICHAEL A.M. LAUFFER, Chief Counsel, SBN 178485
   BARBARA J. LEIDIGH, Staff Counsel IV, SBN 71636
2  STATE WATER RESOURCES CONTROL BOARD
   1001 I Street, 22nd Floor
3  Sacramento, CA 95814
   Tel:  (916) 341-5161
4  Fax:  (916) 341-5199

5  ANDREW W. SCHWARTZ, SBN 87699
   MATTHEW D. ZINN, SBN 214587
6  SHUTE, MIHALY & WEINBERGER LLP
   396 Hayes Street
7  San Francisco, CA 94102
   Tel: (415) 552-7272
8  Fax: (415) 552-5816

9  Attorneys for Defendants
   STATE WATER RESOURCES CONTROL BOARD et al.
10
                        UNITED STATES DISTRICT COURT
11                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | Case No. 2:06-CV-01318-WBS-DAD |
| 13         Plaintiff, | Action filed: June 15, 2006 |
| 14     v. | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS** |
| 15  STATE WATER RESOURCES CONTROL BOARD OF THE STATE | |
| 16  OF CALIFORNIA; TAM M. DODUC, in her official capacity as Chair, State | |
| 17  Water Resources Control Board; GERALD DAVID SECUNDY, in his | |
| 18  official capacity as Vice Chair, State Water Resources Control Board; | |
| 19  ARTHUR G. BAGGETT, JR., in his official capacity as Board Member, | |
| 20  State Water Resources Control Board; CHARLES R. HOPPIN, in his official | |
| 21  capacity as Board Member, State Water Resources Control Board; GARY | |
| 22  WOLFF, in his official capacity as Board Member, State Water Resources | |
| 23  Control Board; and CELESTE CANTÚ, in her official capacity as Executive | |
| 24  Director, State Water Resources Control Board, | |
| 25 | |
| 26         Defendants. | |

27

28

---

Case No. 2:06-CV-01318-WBS-DAD
STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS; [PROPOSED] ORDER

1     Pursuant to Local Rule 78-230(g), Plaintiff, the United States of America, and
2 Defendants, State Water Resources Control Board of the State of California, its five Board
3 Members in their official capacities, and its Executive Director in her official capacity
4 (collectively "the Board"), stipulate as follows:
5     1.   Currently, the Board's motion to dismiss and accompanying request for judi-
6 cial notice [Dkt. 11] are scheduled for hearing on Monday, October 30, 2006, at 1:30 p.m.
7     2.   Because the parties are presently engaged in settlement negotiations, the
8 Board and the United States jointly request that the Court reschedule the hearing on the
9 Board's motion to dismiss for Monday, December 11, 2006, at 1:30 p.m.

Dated:  October 18, 2006            SHUTE, MIHALY & WEINBERGER LLP
                                    MICHAEL A.M. LAUFFER, CHIEF
                                    COUNSEL


                                    By:    /s/ Matthew D. Zinn
                                         MATTHEW D. ZINN

                                    Attorneys for Defendants
                                    STATE WATER RESOURCES CONTROL
                                    BOARD et al.


DATED:  October 18, 2006            UNITED STATES DEPARTMENT OF
                                    JUSTICE


                                    By:    /s/ with consent of Andrew J. Doyle
                                         ANDREW J. DOYLE

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


**IT IS SO ORDERED.**
October 18, 2006


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


[G:\DOCS\SHU\DSHU2\inBOX\Signed\06cv1318 USA vs State Water Resourdes Stip to Continue.wpd]

---
1

Case No. 2:06-CV-01318-WBS-DAD
STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS; [PROPOSED] ORDER