MICHAEL A.M. LAUFFER, Chief Counsel, SBN 178485
BARBARA J. LEIDIGH, Staff Counsel IV, SBN 71636
STATE WATER RESOURCES CONTROL BOARD
1001 I Street, 22nd Floor
Sacramento, CA 95814
Tel:  (916) 341-5161
Fax:  (916) 341-5199

ANDREW W. SCHWARTZ, SBN 87699
MATTHEW D. ZINN, SBN 214587
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Tel: (415) 552-7272
Fax: (415) 552-5816

Attorneys for Defendants
STATE WATER RESOURCES CONTROL BOARD et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE WATER RESOURCES CONTROL BOARD OF THE STATE OF CALIFORNIA; TAM M. DODUC, in her official capacity as Chair, State Water Resources Control Board; GERALD DAVID SECUNDY, in his official capacity as Vice Chair, State Water Resources Control Board; ARTHUR G. BAGGETT, JR., in his official capacity as Board Member, State Water Resources Control Board; CHARLES R. HOPPIN, in his official capacity as Board Member, State Water Resources Control Board; GARY WOLFF, in his official capacity as Board Member, State Water Resources Control Board; and CELESTE CANTÚ, in her official capacity as Executive Director, State Water Resources Control Board,<br><br>         Defendants. | Case No. 2:06-CV-01318-WBS-DAD<br><br>Action filed:   June 15, 2006<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OF INDEX OF CERTIFIED ADMINISTRATIVE RECORD** |

Pursuant to Local Rule 6-144(a), Plaintiff United States of America, and Defendants State Water Resources Control Board of the State of California, its five Board Members in their official capacities, and its Executive Director in her official capacity (collectively "the Board"), stipulate as follows:

1. Pursuant to this Court's pretrial scheduling order, the Board was due to file on November 14, 2006, the index of the certified record of proceedings for the administrative action challenged in this lawsuit. The Board has not yet filed that index, but is preparing to do so immediately.

2. The parties therefore request that this Court order, nunc pro tunc, that the time to file the certified index be extended to Friday, November 17, 2006.

Dated: November 15, 2006       SHUTE, MIHALY & WEINBERGER LLP
                               MICHAEL A.M. LAUFFER, CHIEF COUNSEL


                               By:     /s/ Matthew D. Zinn
                                   MATTHEW D. ZINN

                               Attorneys for Defendants
                               STATE WATER RESOURCES CONTROL
                               BOARD et al.


DATED: November 15, 2006       UNITED STATES DEPARTMENT OF
                               JUSTICE


                               By:   /s/ with consent of Andrew J. Doyle
                                   ANDREW J. DOYLE

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**11/20/2006**

---

1

Case No. 2:06-CV-01318-WBS-DAD
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RECORD INDEX

PDF created with pdfFactory trial version www.pdffactory.com